16 So.3d 882 (2009)
Rex FORDHAM, Appellant,
v.
STATE of Florida, Appellee.
No. 5D08-1827.
District Court of Appeal of Florida, Fifth District.
July 7, 2009.
Thomas M. Matthews, Orlando, for Appellant.
Bill McCollum, Attorney General, Tallahassee, and Kristen L. Davenport, Assistant Attorney General, Daytona Beach, for Appellee.
PER CURIAM.
AFFIRMED. See Williams v. State, 946 So.2d 1191 (Fla. 4th DCA 2006).
MONACO, C.J., GRIFFIN and ORFINGER, JJ., concur.